United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FABIAN ERNESTO GUIDA, | Case No. 20-cv-01471-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOREN K. MILLER, et al., | |
| Defendants. | |

On February 16, 2021, the court granted the defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 16, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-01471-LB